UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:                                              CASE NO. 12-51236
                                                    CHAPTER 13
MARK ALLEN PAUL
HEDY MATCHETTE PAUL                                 JUDGE REBECCA B. CONNELLY

         DEBTORS                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Herbert L. Beskin files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  GREEN TREE SERVICING LLC

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 008-2 | XXXXXXXXXXXXXXXXXXXX | $3,000.00 | $3,000.00 | $3,000.00 |
| Total Amount Paid by Trustee | | | | $3,000.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit            **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-51236

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of March, 2017.

MARK ALLEN PAUL, HEDY MATCHETTE PAUL, 14779 LEE HIGHWAY, AMISSVILLE, VA 20106

ELECTRONIC SERVICE - JOHN P. GOETZ, ESQ., JOHN GOETZ LAW, PLC, 75 WEST LEE STREET, SUITE 104, WARRENTON, VA 20186

GREEN TREE SERVICING LLC, 7340 SOUTH KYRENE ROAD, T-120, TEMPE, AZ 85283

ELECTRONIC SERVICE - United States Trustee

Date: March 01, 2017                              /s/ Herbert L. Beskin
                                                  Herbert L. Beskin
                                                  Chapter 13 Trustee
                                                  P.O. Box 2103
                                                  Charlottesville, VA 22902
                                                  Ph: 434-817-9913; Email:
                                                  ch13staff@cvillech13.net